```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

APRIL ADKINS,                    )    NO. CV 08-4256-SGL(CT)
                                 )
             Petitioner,         )    JUDGMENT
                                 )
        v.                       )
                                 )
DAWN DAVISON, Warden,            )
                                 )
             Respondent.         )
_____)
```

   Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

   IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

   DATED: 8-13-08

                                          _____
                                          STEPHEN G. LARSON
                                          UNITED STATES DISTRICT JUDGE